UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF PRIORITY MAIL PACKAGE WITH TRACKING NUMBER 9505513009111067406373 POSTMARKED MARCH 8, 2021 | Case No. 3:21MJ87<br><br>Filed Under Seal |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, **Joseph Rossiter**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since May 2016. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or

1

non-existent, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. On March 11, 2021, I intercepted a package (hereinafter "the Package") at the Cincinnati Network Distribution Center (NDC). The Package is a Priority Mail brown box, bearing tracking number 9505513009111067406373, postmarked March 8, 2021, with the following address information:

    **Sender:** Jose De La Costa
         13501 Daphne Ave
         Gardena, CA 90249

    **Addressee:** 1105 Burleigh Ave
         Dayton, Ohio
         45402
         Jessica Flores

Through training and experience as a Postal Inspector, I know that Southern California (where Gardena) is known drug source location. I also noticed an excessive amount of taping upon the Package.

4. I performed a check in CLEAR database for the addressee's information on the Package of "1105 Burleigh Ave Dayton, Ohio 45402 Jessica Flores." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is no "Jessica Flores" associated with 1105 Burleigh Ave, Dayton, OH 45402.

5. I also performed a check in CLEAR for the sender's information listed on the Package of "Jose De La Costa 13501 Daphne Ave Gardena, CA 90249." According to CLEAR, there is no "Jose De La Costa" associated with 13501 Daphne Ave, Gardena, CA 90249.

6. On March 11, 2021, at my request, Dayton Police Department Officer Jeremy Stewart conducted a narcotics-detection canine "free air" check of the outside of the Package. I was present during said check. The Package was placed in a controlled area and presented to narcotics-detection canine, "Weston." As set forth in the attached affidavit of Officer Stewart, "Weston" alerted positively for the presence or odor of a narcotic or other controlled substance within or upon the Package. "Weston" is a trained and certified narcotics-detection canine.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

7. Based on my prior law enforcement training and experience as a United States Postal Inspector, the following are indicative or and consistent with Drugs and/or Proceeds in the Package: (i) the Package's address information, including (a) no known association between the sender and return address, and (b) no known association between the addressee and recipient address; (ii) the excessive taping on the Package; and (iii) the positive alert of the narcotics-detection canine.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

Joseph L. Rossiter
Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this 11th day of March, 2021.

HONORABLE SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer **Jeremy Stewart**, am and have been employed by the **Dayton Police Department** since **2014**. Among other duties, I am currently the assigned handler of narcotics detection canine "**Weston**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On __3/11/21__, at the request of Postal Inspector **ROSSITER**, I responded to the **DAYTON P&DC**, where "**Weston**" did alert to and indicate upon: [describe item]

```
9505 5 1 3009 1106 7406 373
Jose De La Costa                 1105 Burleigh Ave
13501 Daphne Ave                 Dayton, Ohio
Gardena, CA 90249                45402
                                 Jessica Flores
```

Which, based upon my training and experience and that of "**Weston**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ /2848/ 3-11-21
(Signature, Badge #, and Date)

_____ 3/11/21

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009